**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN RE THE MATTER OF ) | |
| ) | No. 1:10-mc-116-JMS-DML |
| AMBASSADOR NONNIE CHRYSTAL ) | |

**Order to Show Cause**

      There are various legitimate purposes for the use of a district court's miscellaneous docket. Ambassador Nonnie Chrystal, who sent the clerk paperwork resulting in the assignment to the miscellaneous docket of those papers, shall have **through August 23, 2010,** in which to show cause why the paperwork should continue to be maintained on the miscellaneous docket. She may do so by identifying a legitimate purpose for having submitted them to the court. In doing so, she should bear in mind the important but limited scope of 28 U.S.C. § 1963: "A judgment in an action for the recovery of money or property *entered in any . . . district court* . . . may be registered by filing a certified copy of the judgment in any other district . . . when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown." (emphasis added.)

      **IT IS SO ORDERED.**

Date: 07/30/2010

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Nonnie Chrystal
1024 Highway a1a, Suite 156, #2006
Satellite Beach, FL 32937